# FEBRUARY 5, 1941

### JAMES BANKS V. THE STATE.

No. 21411. Delivered February 5, 1941.

The opinion states the case.

*R. W. Webb, of Snyder,* for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

The offense is possessing whisky in a dry area for the purpose of sale; punishment, thirty days confinement in the county jail.

Fred W. Winch testified that he was an inspector of the Texas Liquor Control Board, and that he bought one-half pint of whisky from appellant in Scurry County on the 24th of June, 1940, and paid him seventy-five cents therefor. It was shown by agreement that the county was a dry area. The appellant did not introduce any testimony.

The record contains no bills of exception.

The evidence is deemed sufficient to support the conviction.

The judgment is affirmed.